IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MOBILE COUNTY WATER, SEWER & FIRE PROTECTION AUTHORITY, | ) ) ) ) |
| Plaintiff, | ) ) |
| | ) CASE NO. 21-cv-400-JB-B |
| v. | ) ) |
| BOARD of WATER and SEWER COMMISIONERS of the CITY of MOBILE, dba MOBILE AREA WATER & SEWER SYSTEM; and | ) ) ) ) ) |
| U. S. DEPT. OF AGRICULTURE RURAL DEVELOPMENT, | ) ) ) ) |
| Defendants. | ) |

## JOINT MOTION TO CONTINUE

Plaintiff, Mobile County Water, Sewer & Fire Protection Authority ("Mobile County Water"), and Defendant, Board of Water and Sewer Commissioners of the City of Mobile, dba Mobile Area Water & Sewer System ("MAWSS"), (collectively, the "Parties") jointly move this Honorable Court for a continuance of (i) MAWSS's deadline to file a responsive pleading and (ii) the deadlines set forth in Document Number 22, and in support thereof, state the following:

Following the status conference conducted on November 8, 2021, the Parties have been diligently discussing the terms and parameters of a cessation agreement. Given the nature of the Parties, each a public entity subject to Alabama's Open Meetings Act, and in light of the forthcoming Thanksgiving holiday, additional time is needed for the Parties' counsel to confer with the governing boards of their respective clients. Accordingly, the Parties jointly and

respectfully request that the Court enter an order continuing the current deadlines and setting forth the following dates for the Parties to complete the actions referenced below:

1. December 6, 2021 - MAWSS's deadline to file a responsive pleading to Mobile County Water's First Amended Complaint.

2. December 6, 2021 - The Parties' deadline to file a joint statement notifying the Court of the status of a cessation agreement for the duration of this litigation.

3. December 6, 2021 - The Parties' deadline to file a joint proposed protective order addressing the exchange of confidential documents.

4. December 13, 2021 - The Parties' deadline to confer and file a joint Rule 26(f) report.

Respectfully submitted this 15th day of November, 2021,

| | |
|---|---|
| /s/ *A. Patrick Dungan* <br> JAY M. ROSS <br> A. PATRICK DUNGAN <br> ADAMS AND REESE, LLP <br> 11 North Water Street, Suite 23200 <br> Mobile, AL 36602 <br> (251) 433-3234 <br> jay.ross@arlaw.com <br> patrick.dungan@arlaw.com <br><br> TODD D. ENGELHARDT <br> DANIELLE E. DOUGLAS <br> ADAMS AND REESE, LLP <br> 1901 6th Avenue North, Suite 3000 <br> Birmingham, AL 35203 <br> (205) 250-5000 <br> todd.engelhardt@arlaw.com <br> danielle.douglas@arlaw.com <br> **Attorneys for Plaintiff** | /s/ *Lawrence M. Wettermark*\* <br> LAWRENCE M. WETTERMARK <br> DAVID F. WALKER <br> ANDREW J. RUTENS <br> GALLOWAY, WETTERMARK & RUTENS, LLP <br> Post Office Box 16629 <br> Mobile, AL 36616 <br> (251) 476-4493 <br> lwettermark@gallowayllp.com <br> david@ gallowayllp.com <br> arutens@gallowayllp.com <br> **Attorneys for Defendant MAWSS** <br><br> *\* E-signature for counsel for MAWSS affixed by Plaintiff's counsel with written permission.* |

## CERTIFICATE OF SERVICE

I certify that on this 15th day of November 2021, I electronically filed the foregoing using the CM/ECF system, which will automatically serve all counsel of record.

/s/ *A. Patrick Dungan*