## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| MOBILE COUNTY WATER, SEWER & FIRE PROTECTION AUTHORITY, | ) ) ) ) |
| Plaintiff, | ) ) |
| | ) CASE NO. 21-cv-400-JB-B |
| v. | ) ) |
| BOARD of WATER and SEWER COMMISIONERS of the CITY of MOBILE, dba MOBILE AREA WATER & SEWER SYSTEM; and | ) ) ) ) ) |
| U. S. DEPT. OF AGRICULTURE RURAL DEVELOPMENT, | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; CESSATION AGREEMENT; PROPOSED ORDER

PLEASE TAKE NOTICE that Plaintiff, MOBILE COUNTY WATER, SEWER & FIRE PROTECTION AUTHORITY ("Mobile County Water"), hereby withdraws its Motion for Preliminary Injunction (Doc. 2) filed on September 16, 2021, without prejudice. Mobile County Water's withdrawal is made pursuant to the Cessation Agreement entered into by and between Mobile County Water and Defendant BOARD OF WATER AND SEWER COMMISSIONERS OF THE CITY OF MOBILE, DBA MOBILE AREA WATER & SEWER SYSTEM ("MAWSS") as set forth below.

Respectfully Submitted this 20th day of December, 2021.

                                          /s/ *A. Patrick Dungan*
                                          Jay M. Ross
                                          A. Patrick Dungan
                                          ADAMS AND REESE, LLP
                                          11 North Water Street, Suite 23200

        Mobile, AL 36602
        (251) 433-3234
        jay.ross@arlaw.com
        patrick.dungan@arlaw.com

        Todd D. Engelhardt
        Danielle E. Douglas
        ADAMS AND REESE, LLP
        1901 6th Avenue North, Suite 3000
        Birmingham, AL 35203
        (205) 250-5000
        todd.engelhardt@arlaw.com
        danielle.douglas@arlaw.com
        ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

   I certify that on this 20th day of December 2021, I electronically filed the foregoing using the CM/ECF system, which will automatically serve all counsel of record.

        /s/ *A. Patrick Dungan*
        OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **MOBILE COUNTY WATER, SEWER & FIRE PROTECTION AUTHORITY,** | ) ) ) ) | |
| Plaintiff, | ) ) ) | **CASE NO. 21-cv-00400-JB-B** |
| v. | ) ) | |
| **BOARD of WATER and SEWER COMMISSIONERS of the CITY of MOBILE, dba MOBILE AREA WATER & SEWER SYSTEM; and** | ) ) ) ) ) | |
| **U. S. DEPT. OF AGRICULTURE RURAL DEVELOPMENT,** | ) ) ) | |
| Defendants. | ) | |

**CESSATION AGREEMENT**

This CESSATION AGREEMENT (this "Agreement") is entered into on this 20th day of December, 2021, by and between Plaintiff, Mobile County Water, Sewer & Fire Protection Authority ("Mobile County Water"), and Defendant, Board of Water and Sewer Commissioners of the City of Mobile, dba Mobile Area Water & Sewer System ("MAWSS"), (collectively, the "Parties") to temporarily resolve certain matters set forth in Plaintiff's Motion for Preliminary Injunction (Doc. 002), which will allow Plaintiff to withdraw its pending Motion and obviate the need for an evidentiary hearing on that Motion.

In consideration of the promises and covenants contained herein, the Parties hereby agree as follows for the duration of the above-captioned cause of action:

## MOBILE COUNTY WATER'S CLAIMED SERVICE AREA

MAWSS will not add any new water customers, install any new water lines, or extend any existing water lines within Mobile County Water's claimed service area during the pendency of this lawsuit unless Mobile County Water, after receipt of a potential customer's express request for water service, confirms in writing that it does not have the capacity or ability to provide the requested water service to the potential customer within a reasonable time.

Notwithstanding the foregoing, for circumstances in which MAWSS has the **sole** water line on an existing street where MAWSS is already servicing other customers and a new customer wants to be connected to the same line that services its neighbors, Mobile County Water consents to MAWSS's providing service to such new customer. MAWSS agrees to give written notice to Mobile County Water within fourteen (14) days after connecting such service.

Additionally, the Parties agree to the following resolutions in regard to specific areas within Mobile County Water's claimed service area, also only for the duration of this litigation, unless otherwise indicated below.

## FOWL RIVER ROAD

MAWSS will refund the payment related to water services made by the developer. MAWSS will not install the additional 250 feet of water line necessary to supply the developer. Mobile County Water will install the necessary feet of water line to connect and provide water service to the developer. Because Mobile County Water does not currently have sewer service available in the area, MAWSS may accept sewer service from this development. If MAWSS accepts sewer service from this development, Mobile County Water will bill customers in accordance with the existing Agreement for Sewer Service Billing (the "Billing Agreement").

### PIONEER ROAD

MAWSS may continue providing water and sewer service to its customers existing as of the date of this Agreement.

### SAYBROOK

MAWSS may continue providing water and sewer service to its customers existing as of the date of this Agreement. MAWSS may add new sewer customers in this area. If any such new sewer customers are water customers of Mobile County Water, Mobile County Water will bill customers for sewer service in accordance with the existing Billing Agreement. Mobile County Water will continue providing water service to its customers existing as of the date of this Agreement. Mobile County Water may extend its existing water lines, install new water lines, and add new water customers in this area.

### SCOTTISH HIGHLANDS

Mobile County Water will provide water service in the Scottish Highlands subdivision. MAWSS may provide only sewer service to the Scottish Highlands subdivision, and Mobile County Water will bill customers for sewer service in accordance with the Billing Agreement.

### RANGELINE ROAD / RANGELINE CROSSING

MAWSS may continue to provide water service to existing customers from existing water lines in this area. MAWSS may continue to provide sewer service to this area as needed. Mobile County Water will not challenge MAWSS's provision of sewer service to this area.

### CYPRESS BUSINESS PARK

There was an existing water service line installed by MAWSS in or around 2007. In 2018, MAWSS installed a 150-foot extension of the 2007 water line to provide service to a single owner who wanted to subdivide a lot. MAWSS will not provide any service off the 150-

foot water line extension installed in 2018. MAWSS will continue to provide water service to customers existing as of the date of this Agreement from the water line installed in or around 2007. Because Mobile County Water does not have sewer service available to this development, MAWSS may add new sewer customers in this development.

### THE MARINER RESTAURANT

In that MAWSS currently has water service to the Mariner Restaurant, MAWSS may provide sewer service. Mobile County Water acknowledges that it currently does not have the capacity or ability to provide sewer service to this customer.

### GREER'S

MAWSS may accept sewer from the Greer's on Dauphin Island Parkway If MAWSS accepts sewer from this customer, Mobile County Water agrees to bill this customer for sewer service in accordance with the existing Billing Agreement.

### DOG RIVER LANE

Regarding Lots 5 and 6 of Audubon Point Subdivision, Mobile County Water acknowledges that it does not currently have the ability to provide water or sewer service within a reasonable time and consents to MAWSS's provision of both water and sewer service to these locations.

### SALT AIRE

With regard to the proposed construction by the Mobile County Commission of a 3,000 to 4,000 sq. ft. building, Mobile County Water has existing lines available and will provide water service to the development. MAWSS may at its sole discretion provide sewer service to this customer.

## OTHER UNDERTAKINGS

With regard to sewer, MAWSS may provide sewer service where indicated in this Agreement but has no obligation to do so. With regard to any sewer service rendered by MAWSS pursuant to this Agreement, Mobile County Water agrees that it will not bring any action against or seek to penalize MAWSS either during or after the pendency of this action for providing such sewer service.

Mobile County Water agrees to withdraw its motion for preliminary injunction without prejudice.

Any decision by MAWSS to provide sewer service pursuant to this Agreement is a discretionary business decision and determined on a case-by-case basis taking into account financial, technical and legal issues in providing such service.

*[Signature Page Follows]*

IN WITNESS WHEREOF, this Agreement is executed by the parties through their authorized representatives, who sign below with full authority.

MOBILE COUNTY WATER, SEWER AND FIRE PROTECTION AUTHORITY

Dated: 12/20/2021

By: *Michael P. Burdine*
Its: Chairman

ATTEST:
By: *Suzanne R. Clark*

SUZANNE R. CLARK
My Commission Expires
October 18, 2025

BOARD OF WATER AND SEWER COMMISSIONERS OF THE CITY OF MOBILE

Dated: December 17, 2021

By: Billy J. McCrory, Jr.
Its: Director

ATTEST:
By: *[signature]*

TAMANTHIA BARNES
My Commission Expires
December 27, 2022

6

## **ORDER**

Having read the above Cessation Agreement entered into by and between Plaintiff Mobile County Water, Sewer & Fire Protection Authority and Defendant Board of Water and Sewer Commissioners of the City of Mobile, dba Mobile Area Water & Sewer System, and good cause appearing, it is hereby ordered that the above agreement is adopted and both parties must comply with the Cessation Agreement as set forth above.

**IT IS SO ORDERED.**

DATED: _____

_____
UNITED STATES DISTRICT JUDGE