IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MOBILE COUNTY WATER, SEWER<br>& FIRE PROTECTION AUTHORITY,<br><br>  Plaintiff<br><br>v.<br><br>BOARD OF WATER AND SEWER<br>COMMISSIONERS OF THE CITY OF<br>MOBILE D/B/A MOBILE AREA<br>WATER & SEWER SYSTEM; and U.S.<br>DEPARTMENT OF AGRICULTURE<br>RURAL DEVELOPMENT,<br><br>  Defendants | *<br>*<br>*<br>*<br>*  CASE NO. 1:21-CV-00400-JB-B<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## FINAL REPORT OF MEDIATOR

COMES NOW, Cooper C. Thurber, Mediator in the above-styled cause, and reports that the mediation was unsuccessful.

Respectfully submitted,

/s/ Cooper C. Thurber
COOPER C. THURBER
Mediator

OF COUNSEL:
PHELPS DUNBAR LLP
101 Dauphin Street, Suite 1000
Mobile, Alabama  36602
(251) 432-4481 (phone)
(251) 433-1820 (fax)
cooper.thurber@phelps.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have, on May 16, 2022, submitted the above through the Court's CM/ECF system which will electronically serve all counsel of record as follows:

| | |
|---|---|
| Todd D. Engelhardt<br>Danielle E. Douglas<br>Adams And Reese, LLP<br>1901 6th Avenue North, Suite 3000<br>Birmingham, Alabama 35203<br>todd.engelhart@arlaw.com<br>danielle.douglas@arlaw.com<br>*Attorneys for Plaintiff* | Jay M. Ross<br>A. Patrick Dungan<br>Adams And Reese, LLP<br>11 North Water Street, Suite 23200<br>Mobile, Alabama 36602<br>jay.ross@arlaw.com<br>patrick.dungan@arlaw.com<br>*Attorneys for Plaintiff* |
| Lawrence M. Wettermark<br>David F. Walker<br>Andrew J. Rutens<br>Galloway, Wettermark & Rutens, LLP<br>Post Office Box 16629<br>Mobile, Alabama 36616<br>lwettermark@gallowayllp.com<br>david@gallowayllp.com<br>arutens@gallowayllp.com<br>*Attorneys for Defendant* | Bradley E. Dean<br>Mobile Area Water and Sewer System<br>4725 Moffett Road<br>Mobile, Alabama 36618<br>bedean@mawss.com<br>*Attorneys for Defendant* |

/s/ Cooper C. Thurber
COOPER C. THURBER
Mediator

PD.37568196.1